WETTER *et al. v.* BEVILL *et al.*

PER CURIAM. This case is here upon exceptions to overruling a motion for a new trial, based upon the usual general grounds and a number of special grounds. After a careful consideration of the evidence and of the several special grounds of the motion for a new trial, this court is of the opinion that the evidence authorized the verdict, and that no reversible error was committed.

*Judgment affirmed. All the Justices concur.*

No. 8931. FEBRUARY 16, 1933.

*Joseph A. Cronk, H. Wiley Johnson,* and *Julian F. Corish,* for plaintiffs.

*Raiford Falligant,* for defendants.